UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-cv-23939- GOODMAN
[CONSENT CASE]

DAWN DAWSEY,

    Plaintiff,

v.

CARNIVAL CORPORATION,
STEINER TRANSOCEAN, LTD.,
STEINER MANAGEMENT SERVICES, LLC,
STEINER LEISURE LTD.,
STEINER TRANSOCEAN US, INC., and
JANE/JOHN DOE,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

Defendant, STEINER TRANSOCEAN, LTD.[1] by and through undersigned counsel, hereby notifies the Court and all interested parties that the parties have agreed to a settlement of this matter with each of the Parties to bear their own attorneys' fees and costs. The terms and conditions of the settlement are confidential. The Parties respectfully requests that this Court retain jurisdiction until such time as the settlement has been finalized, at which time the parties will submit a Joint Stipulation of Dismissal with Prejudice.

                                  Respectfully submitted,

                                  MASE MEBANE & BRIGGS P.A.
                                *Attorneys for Defendant*
                                2601 South Bayshore Drive, Suite 800

---

[1] Defendant, Carnival Corporation is not part of this settlement agreement as it was previously granted summary judgment. [*See* Omnibus Order on Defendants' Summary Judgment Motions, ECF No. 87].

CASE NO.: 16-cv-23939- GOODMAN

Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:   (305) 377-0080

By:      /s/ *Caroline L. Milewski*
CURTIS J. MASE
Florida Bar No.: 478083
cmase@maselaw.com
kfehr@maselaw.com
CAROLINE L. MILEWSKI
Florida Bar No.: 111665
cmilewski@maselaw.com
ctoth@maselaw.com
filing@maselaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2019, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     /s/ *Caroline L. Milewski*
Caroline L. Milewski

### SERVICE LIST

*Dawn Dawsey vs. Carnival Corporation, et al.*
*CASE NO.: 16-cv-23939-GOODMAN*
*United States District Court for the Southern District of Florida*

Michael A. Robb, Esq.
Clark, Robb, Mason, Coulombe, Buschman & Charbonnet
7501 Wiles Road, Suite 207
Coral Springs, Florida 33067
Tel: (954) 753-3902
Fax: (954)753-3903
mrobb@clarkrobb.com
cscheuing@clarkrobb.com

CASE NO.: 16-cv-23939- GOODMAN

*Attorneys for Plaintiff*

*19005/#1123*