UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-cv-23939-GOODMAN
[CONSENT CASE]

DAWN DAWSEY,

    Plaintiff,

v.

CARNIVAL CORPORATION,
STEINER TRANSOCEAN, LTD.,
STEINER MANAGEMENT SERVICES, LLC,
STEINER LEISURE LTD.,
STEINER TRANSOCEAN US, INC., and
JANE/JOHN DOE,

    Defendants.

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendant, STEINER TRANSOCEAN, LTD. ("Steiner"), and Plaintiff, DAWN DAWSEY, by and through undersigned counsel, hereby file this Joint Stipulation of Dismissal of the above styled action with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael A. Robb* | */s/ Caroline L. Milewski* |
| MICHAEL A. ROBB | CAROLINE L. MILEWSKI |
| Florida Bar No. 651583 | Florida Bar No. 111665 |
| E-mail: mrobb@clarkrobb.com | Email: cmilewski@maselaw.com |
| Clark Robb Coulombe | MASE MEBANE & BRIGGS |
| Buschman & Charbnonnet | 2601 South Bayshore Drive |
| 7501 Wiles Road, Suite 207 | Suite 800 |
| Coral Springs, Florida 33067 | Miami, FL 33133 |
| Telephone: (954) 753-3902 | Telephone: (305) 377-3770 |
| Facsimile: (954) 753-3903 | Facsimile: (305) 377-0080 |
| *Attorneys for Plaintiff* | *Attorneys for Steiner Transocean, Ltd. and Carnival Corporation* |

CASE NO.: 16-cv-23939-GOODMAN

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Caroline L. Milewski*
CAROLINE L. MILEWSKI

## SERVICE LIST

Michael A. Robb, Esq.
Clark, Robb, Mason, Coulombe, Buschman & Charbonnet
7501 Wiles Road, Suite 207
Coral Springs, Florida 33067
Tel: (954) 753-3902
Fax: (954)753-3903
mrobb@clarkrobb.com
cscheuing@clarkrobb.com
*Attorneys for Plaintiff*